UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62220-CIV -COHN/SELTZER

RAYMOND HENRY STARKES, III,

    Plaintiff,

v.

JACK B. FLECHNER, ESQUIRE,
ILENE FLECHNER, GREG FEIT,
PAMELA FEIT, CANE BURGERS, LLC,
CANE BURGERS II, LLC, et al.

    Defendants.
_____/

### JOINT STIPULATION OF SETTLEMENT AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

This Joint Stipulation of Settlement is made between Plaintiff Raymond Henry Starkes, III and Defendants Jack B. Flechner, Esquire, Ilene Flechner, Greg Feit, Pamela Feit, Cane Burgers, LLC, Cane Burgers II, LLC, Cane Burgers Doral, LLC, Cane Burgers II FIU, LLC, Cane Burgers SB, LLC, Cane Burgers Midtown, LLC, Burger Biz, LLC, (together, "the Parties"). The Parties have reached an agreement to fully and finally dispose of this action on the terms and conditions set forth in the Parties Global Settlement Agreement.  The Parties have agreed, *inter alia,* as follows:

    1.    Plaintiff's claims are to be dismissed with prejudice.

    2.    Each respective party will bear their own costs and attorneys' fees.

    3.    The Court shall retain jurisdiction to enforce the Global Settlement

Agreement between the Parties.

4. A proposed Order adopting this Joint Stipulation of Settlement and Dismissal With Prejudice is attached hereto as Exhibit "A."

SIGNED AND DATED this 22nd day of October, 2012.

By: /s/_____
   Howard Alan Newman, Esq.
   Florida Bar No. 904821
   Newman Law Offices
   *Attorneys for Plaintiff*
   888 16th Street NW, Suite 800
   Washington, DC 20006
   202-544-8040/202-544-8060(fax)
   Email: howard@newmanlawoffices.com

By: /s/_____
   Scott A. Silver, Esq.
   Fla. Bar No.: 0343277
   Silver & Garvett, P.A.
   *Attorneys for Defendants*
   18001 Old Cutler Road, Suite 600
   Miami, Florida 33157
   305-377-8802/305-377-8804(fax)
   E-Mail: ssilver@floridalegal.net

By: /s/_____
   Gerald Solomon, Esq.
   Florida Bar No. 65071
   Gerald Solomon P.A.
   *Attorneys for Plaintiff*
   9857 Majestic Way
   Boynton Beach, FL 33437
   561-735-3536/561-735-3537(fax)
   Email: Jerry@saveyourdream.us

By: /s/_____
   Jose R. Riguera, Esq.
   Florida Bar No. 860905
   Berman Kean & Riguera
   *Attorneys for Defendants*
   2101 W Commercial Blvd, Ste 2800
   Fort Lauderdale, FL 33309
   954-735-0000/954-735-3636(fax)
   Email: jrr@bermankean.com

CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the foregoing was served by using the Southern District of Florida's CM/ECF system on October 22, 2012.

By: /s/ Gerald Solomon, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **11-62220-CIV** -COHN/SELTZER

RAYMOND HENRY STARKES, III,

    Plaintiff,

v.

JACK B. FLECHNER, ESQUIRE,
ILENE FLECHNER, GREG FEIT,
PAMELA FEIT, CANE BURGERS, LLC,
CANE BURGERS II, LLC, et al.

    Defendants.
_____/

## ORDER ADOPTING JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

    THIS CAUSE came before the Court pursuant to the Parties' Joint Stipulation of Settlement. The Court has reviewed the record and finds there is good cause for entering this Order because it will promote the full and fair resolution of this lawsuit, and will serve the interests of justice.

    Therefore, it is hereby ORDERED AND ADJUDGED that the parties' Joint Stipulation of Settlement is hereby adopted and entered as an Order of this Court and it is further

    ORDERED AND ADJUDGED that all pending motions be denied as moot, and it is further

/

/

ORDERED AND ADJUDGED that the case is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

_____                                              _____
Date                                                                               U.S. District Court Judge

cc: counsel of record