UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62220-CIV-COHN/SELTZER

RAYMOND HENRY STARKES, III,

    Plaintiff,

vs.

JACK B. FLECHNER, ILENE FLECHNER,
GREG FEIT, PAMELA FEIT, CANE BURGERS, LLC,
CANE BURGERS II, LLC, CANE BURGERS II
DORAL LLC, CANE BURGERS II FIU, LLC, CANE
BURGERS SB, LLC, CANE BURGERS MIDTOWN
LLC, and BURGER BIZ, LLC,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Settlement and Proposed Order of Dismissal with Prejudice [DE 172]. The Court being informed that the parties have settled this action, and that the Bankruptcy Court has approved the settlement with respect to the parties before that Court, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Stipulation of Settlement and Proposed Order of Dismissal with Prejudice [DE 172] is hereby **GRANTED**;

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees;

3. The Court retains jurisdiction to enforce the Global Settlement Agreement between the parties; and

4. The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions

as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of October, 2012.

_____
JAMES I. COHN
United States District Judge

Copies to:

Counsel of record via CM/ECF